GAETANO D'AMATO et al., Respondents, v. ANNIE V.
ELKEMA et al., as Substituted Trustees under the Will
of MARY A. BUSKIRK, Deceased, Appellants, Impleaded
with Others.

*D'Amato* v. *Elkema*, 165 App. Div. 927, affirmed.
(Argued April 3, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 3, 1914, modifying and affirming as
modified a judgment in favor of plaintiffs entered upon a
decision of the court on trial at Special Term in an action to
recover for labor performed and materials furnished predi-
cated upon two written and sealed agreements between the
plaintiffs as contractors and the executors of Mary A. Bus-
kirk, deceased, providing for the alteration and improve-
ment of certain buildings belonging to the estate.

*W. A. Purrington* for appellants.

*Max Schleimer* and *Abraham B. Schleimer* for
respondents.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ.